UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

UNITED STATES OF AMERICA

    - v. -

MARTIN GARCIA CORRALES,
    a/k/a "Tano,"
    a/k/a "Cachuchas,"

        Defendant.

------------------------------------------------------------------------X

NOLLE PROSEQUI

S2 23 Cr. 136 (JLR)

    1.    The filing of this nolle prosequi will dispose of this case with respect to MARTIN GARCIA CORRALES, a/k/a "Tano," a/k/a "Cachuchas," the defendant.

    2.    On April 4, 2023, Superseding Indictment S2 23 Cr. 136 (JLR) (the "Indictment") was filed charging MARTIN GARCIA CORRALES, a/k/a "Tano," a/k/a "Cachuchas," the defendant, in three counts with (i) fentanyl-importation conspiracy, in violation of 21 U.S.C. § 963; (ii) possession of machineguns and destructive devices, in violation of 18 U.S.C. §§ 924(c)(1)(A), 924(c)(1)(B)(ii), and 2; and (iii) conspiracy to possess machineguns and destructive devices, in violation of 18 U.S.C. § 924(o).

    3.    In or about August 2024, prior to his apprehension, while this case was still pending, MARTIN GARCIA CORRALES, a/k/a "Tano," a/k/a "Cachuchas," the defendant, died.

    4.    Because MARTIN GARCIA CORRALES, a/k/a "Tano," a/k/a "Cachuchas," the defendant, died while this case was pending, and therefore before a final judgment was issued, the Government respectfully requests that an order of nolle prosequi be filed as to the defendant with respect to the Indictment. See United States v. Wright, 160 F.3d 905, 908 (2d Cir. 1998).

5. In light of the foregoing, I recommend that an order of <u>nolle prosequi</u> be filed as to MARTIN GARCIA CORRALES, a/k/a "Tano," a/k/a "Cachuchas," the defendant.

                                                    NICHOLAS S. BRADLEY / JANE Y. CHONG /
                                                    SARAH L. KUSHNER / DAVID J. ROBLES
                                                    Assistant United States Attorneys
                                                    (212) 637-1581

Dated: New York, New York
         March  19 , 2025

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of <u>nolle prosequi</u> be filed as to MARTIN GARCIA CORRALES, a/k/a "Tano," a/k/a "Cachuchas," the defendant, with respect to Indictment S2 23 Cr. 136 (JLR).

                                                    MATTHEW PODOLSKY
                                                    Acting United States Attorney
                                                    Southern District of New York

Dated: New York, New York
         March  19 , 2025

SO ORDERED:

                                                    THE HONORABLE JENNIFER L. ROCHON
                                                    UNITED STATES DISTRICT JUDGE
                                                    SOUTHERN DISTRICT OF NEW YORK

Dated: New York, New York

           March 20      , 2025