

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

October 15, 2025

**BY ECF**
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    *United States v. Leobardo Garcia Corrales*, 23 Cr. 136 (JLR)

Dear Judge Rochon:

    The Government writes, with the consent of defendant Leobardo Garcia Corrales, to respectfully request that the status conference currently scheduled for October 15, 2025 be adjourned for approximately 60 days. This is the parties' first request for an adjournment. The parties respectfully submit that the proposed adjournment would serve the ends of justice and judicial economy by allowing the parties to continue their ongoing negotiations regarding a potential pretrial disposition. For the same reason, the Government, with the consent of the defendant, also respectfully requests that the Court exclude time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), until the date of the next conference. The Government apologizes for the untimely submission of this request and will submit future requests in accordance with the Court's individual rules.
    .

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

by:   /s/_____
    Nicholas S. Bradley/Jane Y. Chong
    Sarah L. Kushner/David J. Robles
    Assistant United States Attorneys
    (212) 637-2263

cc:    Thomas Ambrosio, Esq.

First Letter Motion GRANTED. The status conference is adjourned from October 15, 2025 to **December 16, 2025 at 2:30 p.m.** Speedy trial time is excluded until December 16, 2025. The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the Defendant in a speedy trial because of the need for the Defendant to further discuss potential resolution of this case.

SO ORDERED.

Date: October 15, 2025
    New York New York

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**