

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 10, 2025

**BY ECF**
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    *United States v. Leobardo Garcia Corrales*, 23 Cr. 136 (JLR)

Dear Judge Rochon:

    The Government writes, with the consent of defendant Leobardo Garcia Corrales, to respectfully request that the status conference currently scheduled for December 11, 2025, be adjourned for at least two weeks, as defense counsel is still currently on trial.  In addition, and with defense counsel's consent, the Government respectfully requests that time be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), until the date of the adjourned conference.  The ends of justice served by granting the exclusion outweigh the best interest of the public and the defendant in a speedy trial, as it will allow the parties to engage in discussions regarding a potential pretrial disposition of this case.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney

by: _____/s/_____
    Nicholas S. Bradley / Jane Chong
    Sarah L. Kushner / David J. Robles
    Assistant United States Attorneys
    (212) 637-2263